with all the provisions of Rule 217, Pa. R.D.E.

## In the Matter of Stephen J. DEVINE.

Petition for Reinstatement.

No. 796 Disciplinary Docket No. 2.

Supreme Court of Pennsylvania.

June 24, 1999.

### ORDER

PER CURIAM:

AND NOW, this 24th day of June, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated May 21, 1999, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

## In the Matter of Franklyn D. BRADLEY, II.

No. 524 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

June 24, 1999.

### ORDER

PER CURIAM:

AND NOW, this 24th day of June, 1999, a Rule having been entered by this Court on May 20, 1999, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Franklyn D. Bradley, II, to show cause why he should not be placed on temporary suspension and no response thereto having been filed, it is hereby

ORDERED that the Rule is made absolute; Franklyn D. Bradley, II, is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa. R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.